# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| LOUIS MARTIN,<br><br>     Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and CREDIT ONE BANK, N.A.<br><br>     Defendants. | Case No.: 2:24-cv-01071-SPC-KCD<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT CREDIT ONE BANK, N.A. ONLY** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Louis Martin has served upon Defendant Credit One Bank, N.A., copies of the following documents:

1) Issued Summons,

2) Complaint,

3) Civil Cover Sheet,

4) Plaintiff's Notice of Lead Counsel,

5) New Case Assigned to Judge Sheri Polster Chappell and Magistrate Judge Kyle C. Dudek,

6) Plaintiff's Notice to Counsel,

7) Civil Action Order. Signed by All Divisional Judges,

1/3

*Martin, Louis S v Equifax Information Services, LLC et al*
Summons Returned Executed as to Defendant Credit One Bank, N.A. only

8) Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement, and

9) Plaintiff's Notice of Related Action.

Attached hereto is a copy of the Affidavit of Service.

RESPECTFULLY SUBMITTED this 12th day of December 2024

**CONSUMER ATTORNEYS**

*/s/ Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER ATTORNEYS
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiffs,*
Louis Martin

2/3

*Martin, Louis S v Equifax Information Services, LLC et al*
Summons Returned Executed as to Defendant Credit One Bank, N.A. only

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Martin, Louis <br><br> *Plaintiff(s)* <br> v. <br> Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union LLC, and Credit One Bank, N.A. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-1071 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Credit One Bank, N.A.
6801 S Cimarron Rd,
Las Vegas, NV 89113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Catherine Tillman
CONSUMER ATTORNEYS
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
ctillman@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lourdes Del Rio

Date: November 22, 2024

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case:<br>2:24-cv-01071-SPC-KCD | Court:<br>UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA | County:<br>, FL | Job:<br>12266952 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARTIN, LOUIS | | Defendant / Respondent:<br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND CREDIT ONE BANK, N.A. | |
| Received by:<br>Zane Investigations #830b | | For:<br>CONSUMER ATTORNEYS (ARIZONA) | |
| To be served upon:<br>CREDIT ONE BANK, N.A. | | | |

I, Mark Crutchfield, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Melissa , CORPORATE: 6801 SOUTH CIMARRON ROAD, LAS VEGAS, NV 89113

**Manner of Service:** Authorized, Dec 10, 2024, 12:49 pm PST

**Documents:** Issued Summons; Complaint; Civil Cover Sheet; Plaintiff's Notice of Lead Counsel; New Case Assigned to Judge Sheri Polster Chappell and Magistrate Judge Kyle C. Dudek; Plaintiff's Notice to Counsel; Civil Action Order. Signed by All Divisional Judges; Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement; Plaintiff's Notice of Related Action (Received Dec 2, 2024 at 12:00am PST)

**Additional Comments:**
1) Successful Attempt: Dec 10, 2024, 12:49 pm PST at CORPORATE: 6801 SOUTH CIMARRON ROAD, LAS VEGAS, NV 89113 received by Melissa . Age: 40; Ethnicity: Hispanic; Gender: Female; Weight: 140; Height: 5'5"; Hair: Black; Eyes: Black; Relationship: Paralegal;
Served to Melissa

Mark Crutchfield   Date 12/11/24
R-2022-06112

Zane Investigations #830b
P.O. BOX 11293
RENO, NV 89510
800-660-8177

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 12/11/24   Commission Expires 4/28/28

JASMINE ESREY
Notary Public, State of Nevada
Appointment No. 24-3000-01
My Appt. Expires Apr 28, 2028