UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOUIS MARTIN,

    Plaintiff,

v.                                            Case No.:  2:24-cv-1071-SPC-KCD

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and CREDIT ONE BANK, N.A.,

    Defendants.
_____/

## ORDER

Before the Court is a Joint Stipulation to Stay Claims Against Defendant Credit One Bank, N.A. and Refer Case to Arbitration. (Doc. 35.) Plaintiff and Credit One Bank agree that this fair credit case should go to arbitration.

Accordingly, the Joint Stipulation to Stay Claims Against Defendant Credit One Bank, N.A. and Refer Case to Arbitration (Doc. 35) is **GRANTED** as follows:

1. Plaintiff and Credit One Bank are directed to arbitrate this case promptly—in accordance with their agreement. This case will remain **STAYED** between these two parties until they advise the court that (1) arbitration has been completed and (2) the stay should be lifted,

or the case between them should be dismissed. The parties must notify the court of such matters **within seven (7) days** of the arbitration concluding. Plaintiff and Credit One Bank are otherwise directed to file a joint report on the status of arbitration **on April 25, 2025**, and **every ninety (90) days after** until arbitration concludes.

2. Because this case remains open as to the other Defendants, the Clerk must **not** add a stay flag to the docket.

**ORDERED** in Fort Myers, Florida on January 15, 2025.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record