# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| LOUIS MARTIN,<br><br>    Plaintiffs,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and CREDIT ONE BANK, N.A;<br><br>    Defendants. | Case No.: 2:24-cv-01071-SPC-KCD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Louis Martin and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only.

//

RESPECTFULLY SUBMITTED this 25th day of August 2025

/s/ *Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (480) 613-7733
E: ctillman@consumerjustice.com

*Attorneys for Plaintiff,*
*Louis Martin*

/s/ *Armand del Castillo*
Armand del Castillo
Florida Bar No. 1049596
adelcastillo@jonesday.com
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
Email: gschnell@jonesday.com
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
(305) 714-9726

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

2/3

*Martin, Louis S v Equifax Information Services, LLC et al*
Stipulation of Dismissal with Prejudice as to Defendant Experian only.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Catherine Tillman*

3/3

*Martin, Louis S v Equifax Information Services, LLC et al*
Stipulation of Dismissal with Prejudice as to Defendant Experian only.